IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LOUIS W. WHITMORE**  **PLAINTIFF**
**#111894**

v.  No: 4:20-cv-001255 LPR

**TIM RYALS**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 35). No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFR and the entire record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Ryals's motion for summary judgment (Doc. 23) is granted, and Whitmore's claims are dismissed without prejudice for failure to exhaust available administrative remedies.

Dated this 21st day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE