# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LOUIS W. WHITMORE**  **PLAINTIFF**
**#111894**

v.  No: 4:20-cv-001255 LPR

**TIM RYALS**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Louis W. Whitmore's Complaint is dismissed without prejudice for failure to exhaust available administrative remedies.

Dated this 21st day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE